USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Victor Marte,

Defendant.

16-cr-220 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court is in receipt of Mr. Marte's motion for early termination of supervised release. Dkt. No. 37. The Government shall indicate its opposition or agreement by April 29, 2022.

SO ORDERED.

Dated: April 25, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation