USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4.29.22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Victor Marte,

Defendant.

16-cr-220 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

Before the Court is Defendant Victor Marte's request for the early termination of his supervised release term. Dkt. No. 37. Neither Mr. Marte's probation officer nor the United States Attorney's Office oppose Mr. Marte's request. The motion is GRANTED.

SO ORDERED.

Dated: April 29, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1